```
 1  JaVonne M. Phillips, Esq. SBN 187474
 2  Merdaud Jafarnia, Esq. SBN 217262
    **McCarthy & Holthus, LLP**
 3  1770 Fourth Avenue
    San Diego, CA 92101
 4  Phone (877) 369-6122
 5  Fax (619) 685-4811

 6  Attorneys for CitiFinancial Servicing, LLC, its assignees and/or successors

 7
 8
 9                    UNITED STATES BANKRUPTCY COURT
10                    NORTHERN DISTRICT OF CALIFORNIA
11                         SAN FRANCISCO DIVISION
12
13  In re:                           ) Case No. 13-30658 M
                                     )
14  Lisa Apolonia Fajardin,          ) Chapter  13
                                     )
15          Debtor.                  ) RS No.
                                     )
16                                   ) **ADEQUATE PROTECTION**
17                                   ) **STIPULATION**
                                     )
18                                   ) Date:   02/11/16
                                     ) Time:   9:30am
19                                   ) Ctrm:   22
                                     ) Place:  235 Pine Street
20                                   ) San Francisco, CA 94104
                                     )
21                                   )
22                                   )
                                       Judge Dennis Montali
23  _____
24
25  ///
26  ///                                                JH
27  ///
28  ///
29  ///
```

The motion of CitiFinancial Servicing, LLC its assignees and/or successors ("CitiFinancial"), for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Dennis Montali. Movant, CitiFinancial Servicing, LLC appeared by and through its Attorney of Record, McCarthy & Holthus, LLP by Merdaud Jafarnia, Esq.. All other appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED

1. This Order affects the real property commonly known as:

    329 Kains Avenue, San Bruno, CA 94066

2. Commencing 02/01/2016,, Debtor shall make regular monthly post-petition payments under the Note and Deed of Trust to CitiFinancial Servicing, LLC and continuing on the first day of each month thereafter pursuant to the terms of the Note and Deed of Trust.

3. Upon applying for a modification with CitiFinancial Servicing, LLC, Debtor will file a declaration in accordance with the Northern Guidelines.

4. In the event that CitiFinancial Servicing LLC offers Debtor a trial modification, the trial payments will control and replace the payments outlined in Paragraph 2 of this stipulation.

5. Payments shall be made directly to CitiFinancial Servicing LLC, Attn: Bankruptcy Department, PO Box 70918, Charlotte, NC 28272-0918, with reference to Loan Number ending with 4275, or as otherwise directed.

6. The Debtor shall timely perform all of their obligations under the loan as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, Chapter 13 Plan payments, and any and all senior liens.

7. The debtor must have modification approved and court approval within 120 days of the stip agreement

8. In the event Debtor fails to timely perform any of the obligations set forth in this Order, CitiFinancial Servicing, LLC shall notify Debtors and Debtors' counsel of the default in writing. Debtors shall have ten (10) calendar days from the date of the written notification to cure the default.

JH

9. If Debtor fails to cure the default or if the loan modification application is denied, Movant may restore its Motion for Relief to calendar upon 14 days' notice.

10. In the event that Debtor's bankruptcy case is dismissed this stipulation will cease to be in effect.

11. If this matter is resolved prior to the 02/11/16 hearing date the matter shall be removed from the Court's calendar.

IT IS SO STIPULATED

/s/ Merdaud Jafarnia
Merdaud Jafarnia.
Attorney for Movant

Date: 02/08/2016

Jason Honaker Esq.
Attorney for Debtor

Date: 2/10/16

# COURT SERVICE LIST

Lisa Apolonia Fajardin

329 Kains Ave.

San Bruno, CA 94066


Jason Honaker

Law Offices of Jason Honaker

1860 El Camino Real, Suite 238

Burlingame, CA 94010


William H. Hummel

Law Office of Jason Honaker

1860 El Camino Real #238

Burlingame, CA 94010