JaVonne M. Phillips, Esq. SBN 187474
Kelly M. Raftery, Esq. SBN 249195
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811
mjafarnia@mccarthyholthus.com

Attorneys for CitiFinancial Servicing, LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | ) Case No. 13-30658 M |
| | ) |
| Lisa Apolonia Fajardin | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) **AMENDED ADEQUATE PROTECTION** |
| | ) **STIPULATION** |
| | ) |

CitiFinancial, CitiFinancial Servicing, LLC, its assignees and/or successors and its servicing agent CitiFinancial Servicing LLC ("CitiFinancial") and Debtor, Lisa Apolonia Fajardin, ("Debtor") by and through their attorney's of record STIPULATE as follows:

1. This Order affects the real property commonly known as: 329 Kains Avenue, San Bruno, CA 94066.

2. Commencing 05/19/2017, Debtor shall make regular monthly post-petition payments under the Note and Deed of Trust to CitiFinancial, and continuing on the nineteenth of each month thereafter pursuant to the terms of the Note and Deed of Trust.

3. Payments shall be made directly to CitiFinancial, at PO Box 70918, Charlotte, NC 28272-0918, with reference to Loan Number ending with 4275, or as otherwise directed.

4. Commencing 05/19/2017, and continuing thereafter on the nineteenth day of each month through and including 03/19/2018, Debtor shall make an additional payment each month to CitiFinancial in the amount of $2,554.90 and on 04/19/2018 an additional payment in the amount of $2,554.94, until current on post-petition payments, fees, and costs. The post-petition delinquency owed to CitiFinancial is $41,881.67, itemized as follows:

5. As of 04/13/2017 debtor had failed to make post-petition payments for 18 months, in the amount of $41,881.67 calculated as follow:

6.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Monthly Payments, 11/19/2015 | at | $2,033.67 | $2,033.67 |
| 17 | Monthly Payments, 12/19/15 through 04/19/17 | at | $2,344.00 | $39,848.00 |
| | Total Post-Petition Delinquency: | | | $41,881.67 |

7. CitiFinancial will file an Amended Proof of Claim in the amount of $14,382.23. This is to include pre-petition arrears in the amount of $3,159.40 and $11,222.83 of post-petition payments made to trustee thus far. The amount of $11,222.83 is to be reduced from the total delinquency due on the Adequate Protection Order.

8. Therefore, Debtors loan due amount will be $30,658.84, as follows

| | | | | |
|---|---|---|---|---|
| 1 | Monthly Payments, 11/19/2015 | at | $2,033.67 | $2,033.67 |
| 17 | Monthly Payments, 12/19/15 through 04/19/17 | at | $2,344.00 | $39,848.00 |
| | Total Post-Petition Delinquency: | | | $41,881.67 |
| | Amount to be disbursed by Trustee | | | ($11,222.83) |
| | Total Post Delinquency Due | | | $30,658.84 |

9. The Debtor shall timely perform all of their obligations under CitiFinancial's loan documents as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, Chapter 13 Plan payments, and any and all senior liens.

10. In the event Debtor(s) fails to timely perform any of the obligations set forth in this Order, CitiFinancial shall notify Debtor and Debtor's counsel of the default in writing. Debtor shall have ten (10) calendar days from the date of the written notification to cure the default.

11. If Debtor(s) fails to cure the default, CitiFinancial may lodge a Declaration of Default and Order Terminating the Automatic Stay. Upon entry of the Order, the automatic stay shall be terminated and extinguished for purposes of allowing CitiFinancial to notice, proceed with and hold a trustee's sale of the subject property, pursuant to applicable state law, without further Court Order or proceeding being necessary. Upon entry of Order, CitiFinancial may also commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required.

12. If Debtor fails to cure the default, CitiFinancial may lodge a Declaration of Default and Order for purposes of allowing CitiFinancial to record a Notice of Default. Upon entry of the Order, the automatic stay shall be terminated and extinguished for purposes of allowing CitiFinancial to record a Notice of Default.

13. If Debtor(s) defaults on the obligations set forth herein on more than three (3) occasions, CitiFinancial may lodge a Declaration and Order Terminating the Automatic Stay. The

Order shall be entered without further hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to CitiFinancial and CitiFinancial may proceed with and hold a trustee's sale of the subject property, pursuant to applicable state law, and without further Court Order or proceeding being necessary, commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required.

14. If this case is converted to a Chapter 7 proceeding, the automatic stay shall be terminated; or the automatic stay is terminated as a matter of law, the repayment terms of this Order shall immediately cease in effect and become null and void.

15. The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

IT IS SO STIPULATED:

*Merdaud Jafarnia*
Merdaud Jafarnia, Esq.
Attorney for CitiFinancial

_____ 4/19/17
Jason Honaker
Attorney for Debtor